No. 659. LAWRENCE F. CONNOLLY, ADMINISTRATOR, ETC., ET AL. v. ROBERT H. ELDER, ADMINISTRATOR, ETC., ET AL. January 7, 1924. Petition for a writ of certiorari

to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles W. Beale* for petitioners. No appearance for respondents.